```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

| | |
|---|---|
| FRANK and ANGELA MANCUSO, individually and as next of kin of ANNA REBECCA MANCUSO, a deceased minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERRY S. CRUISE, individually and d/b/a MS. SHERRY'S GROUP DAYCARE HOME,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 3:05-0562<br>) JUDGE ECHOLS<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Defendant Sherry S. Cruise's Motion to Dismiss (Docket Entry No. 19) under Federal Rule of Civil Procedure 12(b)(1) for lack of diversity jurisdiction is hereby DENIED.

This case is returned to the Magistrate Judge for further case management proceedings consistent with Local Rule 11. All deadlines previously established remain in full force and effect.

It is so ORDERED.

                                                  ROBERT L. ECHOLS
                                                UNITED STATES DISTRICT JUDGE